# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**vs.**                                    Case Number: 17-10003-STA

**BERNARD COOPER**

## ORDER GRANTING MOTION TO CONTINUE SENTENCING AND
## NOTICE OF RESETTING

**THIS MATTER** came on to be heard upon the Defendant's Motion to Continue Sentencing and it would appear unto this Court that for good cause said Motion should be GRANTED. That this matter is reset to **Monday, April 23, 2018 at 9:00 a.m.**

**IT IS SO ORDERED,**

s/ S. Thomas Anderson
CHIEF JUDGE S. THOMAS ANDERSON

Date: 3/27/2018